In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-592 CR


____________________



JAMES HIGHTOWER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 95858






MEMORANDUM OPINION



 We have before the Court an appeal by James Hightower from a sentence pronounced
on August 3, 2007. The notice of appeal was filed with the trial court on September 27,
2007, more than thirty days from the date of sentencing and outside the time for requesting
an extension of time for filing the notice of appeal. We notified the parties that the notice
of appeal did not appear to have been timely filed. We received no response.

 The Court finds that the notice of appeal was not timely filed. See Tex. R. App. P.
26.2. No motion for extension of time was timely filed pursuant to Tex. R. App. P. 26.3. It
does not appear that appellant obtained an out-of-time appeal from the Court of Criminal
Appeals. The Court finds it is without jurisdiction to entertain this appeal. Accordingly, the
appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED.



 

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered December 12, 2007

Do Not Publish


Before McKeithen, C.J., Kreger and Horton, JJ.